378

648 A.2d 775

ERIE COUNTY GERIATRIC CENTER (now, by
change of name, Pleasant Ridge Manor)
and County of Erie, Appellants

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT
OF PUBLIC WELFARE.

Supreme Court of Pennsylvania.

Argued Sept. 21, 1994.

Decided Oct. 12, 1994.

James K. McNamara and Kenneth W. Wargo, Quinn, Buseck, Leemhuis, Toohey & Kroto, Inc., Erie, for appellants.

John A. Kane, Chief Counsel, Mary Frances Grabowski, Senior Asst. Counsel, Dept. of Public Welfare, and Jason Manne, Pittsburgh, for appellee.

Before NIX, C.J., and FLAHERTY, ZAPPALA,
PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

*ORDER*

PER CURIAM:

Order affirmed.

MONTEMURO, J., is sitting by designation.